UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Itasca County Farm Service Association

Case No.

Debtor(s).

## PROOF OF AUTHORITY TO SIGN AND FILE PETITION

I, Elizabeth Lignell, declare under penalty of perjury that I am the President of the Board of Directors of Itasca County Farm Service Association, a Minnesota cooperative association formed under Chapter 308A of Minnesota Statutes, and that on August 12, 2021 the following resolution was duly adopted by the Board of Directors of this cooperative association.

"Whereas, it is in the best interest of this cooperative association to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Elizabeth Lignell, President of this cooperative association, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the cooperative association; and

Be It Further Resolved, that Elizabeth Lignell, President of this cooperative association, is authorized and directed to appear in all bankruptcy proceedings on behalf of the cooperative association, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the cooperative association in connection with such bankruptcy case; and

Be It Further Resolved, that Elizabeth Lignell, President of this cooperative association, is authorized and directed to employ Joel Dahlgren, attorney and the law firm of Black Dog Co-op Law to represent the cooperative association in such bankruptcy case."

Executed on: August 13, 2021

Signed: *Elizabeth Lignell*
Elizabeth Lignell, President
Itasca County Farm Service Association
900 NW 4th Street
Grand Rapids, MN 55744