**Fill in this information to identify the case:**

Debtor name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
(State)

Case number (If known): __21-50389__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Grand Rapids State Bank | Checking | 3 4 4 6 | $ 11,030.00 |
| 3.2. _____ | _____ | ____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 11,030.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

Debtor   Itasca County Farm Service Association   Case number *(if known)* ____21-50389____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____
   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____0_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   523.74   –   _____   = ........→   $  523.74
                                face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:   1,499.80   –   _____   = ........→   $  1,499.80
                             face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $  2,023.54

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                           % of ownership:

    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor __Itasca County Farm Service Association_____ Case number *(if known)*_____ 21-50389_____
       Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Liquid Molasses Bulk Fertilizer | ? MM / DD / YYYY ? | Ingredient in manufactured feed Blended with other fertilizer materials | | $ 3,000 11,200 |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** Chemicals Store Goods for Resale | ? MM / DD / YYYY ? MM / DD / YYYY | Lawn products; 1-55 gallon 2-4-D Bird feeders, bird feed, mineral block, bagged feed, | | $ 3,500 15,000 |
| 22. **Other inventory or supplies** | ? MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 32,700

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    Itasca County Farm Service Association _____    Case number (if known)_____ 21-50389
     Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> 4 metal desks, 6 office chairs, 11 cabinets | $ 0 | | $ 525.00 |
| 40. **Office fixtures** <br> bag inventory, bagger, bag sewing thing, | $_____ | | $ 825.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> 3 printers, 1 computer, 1 fax machine, scale, bag sealer, small frig. | $ 0 | | $ 765.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1    Deer Association Print of Deer | $_____ | | $ 25.00 |
| 42.2    Deer Association Print of Deer | $_____ | | $ 25.00 |
| 42.3    Deer Association Print of Deer | $_____ | | $ 25.00 |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 2,190.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor    Itasca County Farm Service Association    Case number (if known)    21-50389
_____    _____
         Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  1995 GMC Feed Truck with Box | $ 0 | comparable value | $ $4,000 |
| 47.2  1997 Ford F-250 4x4 Pick-up | $ 0 | comparable value | $ $2,500 |
| 47.3  Refurbished Feed Box | $ 0 | comparable value | $ $1,500 |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1                None | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1                None | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Property, Plant and Equipment | $ | | $ $25,000 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $    33,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor  Itasca County Farm Service Association                                     Case number _(if known)_  21-50389
          Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _900 W. 4th Street, Grand Rapids, MN, 55744, Feed Mill, Grain and Warehouse_ with Agronomy (fertilizer, chemical, seed) Storage_ | OWNER | $_____ | Assessed Value | $  360,000 |
| 55.2 _707 North 6th Avenune, Virginia, MN  55792,_ Retail Feed Store and Warehouse | OWNER. | $_____ | Assessed Value | $  103,000 |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $  463,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $  0 | | $  0 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____0_____

Debtor   Itasca County Farm Service Association      Case number *(if known)*_____ 21-50389
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  —  _____  = ➜  $_____
                         Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net Loss Carryforward _____      Tax year _____  $   23,296
_____      Tax year _____  $_____
_____      Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____

Nature of claim   _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____

Nature of claim   _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Allocated equities received from Land O' Lakes       $25,212
Allocated equities received from CHS                 $14,914
Allocated equities received from Voluntary Purchasing Groups   $4,220

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $  67,642

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor    Itasca County Farm Service Association    Case number (if known)    21-50389
         Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,030.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2023.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 32,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,190.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 33,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 463,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 67,642.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 148,581.00 | + 91b. $ 463,000 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $ 611,581 |

**Fill in this information to identify the case:**

Debtor name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
(State)

Case number (If known): __21-50389__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
**Deerwood Bank**

Creditor's mailing address
2950 S. Hwy 169
P.O. Box 429
Grand Rapids, MN 55744

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number   __5  2  1  6__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
Grand Rapids facilities and warehouse where products are manufactured, and retail sales of products and services occur

Describe the lien
mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: 102,141.84

Value of collateral: $360,000

**2.2**

Creditor's name
**Deerwood Bank**

Creditor's mailing address
2950 S. Hwy 169
P.O. Box 429
Grand Rapids, MN 55744

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number   __5  4  5  5__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Grand Rapids facilities and warehouse where products are manufactured, and retail sales of products and services occur

Describe the lien
mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: 116,694.15

Value of collateral: $360,000

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 242,808.99

Debtor  Itasca County Farm Service Association
Name

Case number (if known)  21-50389

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

Grand Rapids Economic Development Authority

**Creditor's mailing address**

402 N. Pokegama
Grand Rapids, MN 55744

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

Deerwood Bank has priority mortgage over Grand Rapids Economic Development Authority

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Grand Rapids facilities and warehouse where products are manufactured, and retail sales of products and services occur

$23,973.00    $  360,000

**Describe the lien**

mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____    $_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____    Case number (*if known*)_____
         Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Lutz, Lutz Law Firm, 120 South 6th Street, Suite 1550 Minneapolis, MN  55402 | Line 2.1 and 2.2__ | 5216 and 5455 __ __ __ __ |
| Chad Sterle, Sterle Law Office, 502 NW Fifth Avenue, Grand Rapids, MN  55744 | Line 2.3 __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |
| Debtor _____ |
| United States Bankruptcy Court for the: _____ District of _____ |
| (State) |
| Case number _____ |
| (If known) |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
United Benefits Group
P.O. Box 169005
Kansas City, MO 64116-9005

**Date or dates debt was incurred**
March 31, 2021

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 304,643    $ 10,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
~~11 USC 507(a)(5)~~

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Itasca County Farm Service Association
     Name

Case number *(if known)*  21-50389

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**

Aden Brook
PO Box 217
Montgomery, NY 12549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 517.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**

Adventurekeen
2204 1st Ave S, Suite 102
Birmingham, AL 35233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 430.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**

AGCO Finance LLC
PO Box 9263
Des Moines, IA 50306-9263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 20,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**

Arabian Haven Ranch, LLC
W261 County Road D
Borth, WI 54923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,766.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**

Armor Animal Health
1240 Green Valley Road
Beaver Dam, WI 53916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 27,221.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

BNSF Railway Co.
PO Box 676160
Dallas, TX 75267-6160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 9,550.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Itasca County Farm Service Association | Case number (if known) | 21-50389 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Carlson Wholesale Inc.
3780 Quail Road NE
Sauk Rapids, MN 56379

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 664.80

---

**3.8** Nonpriority creditor's name and mailing address

Century Link
 PO Box 4300

Carol Stream, IL 60197-4300

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 990.00

---

**3.9** Nonpriority creditor's name and mailing address

Century Link
PO Box 91155
Seattle, WA 98111-9255

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 768.44

---

**3.10** Nonpriority creditor's name and mailing address

Century Link
PO Box 2956
Phoenix, AZ 85062-2956

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 426.07

---

**3.11** Nonpriority creditor's name and mailing address

Country Pet Foods, LLC
505 Atlantic Ave
DeGraff, MN 56271

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 18,655.09

Debtor   Itasca County Farm Service Association
         Name                                                    Case number *(if known)*   21-50389

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Dave Hron Jr.
23716 Co Rd 197
Deer River, MN 56636

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,872.50

**3.13** Nonpriority creditor's name and mailing address

Deer Creek Seed
PO Box 105
Ashland, WI 54806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,669.34

**3.14** Nonpriority creditor's name and mailing address

Dept. of Public Utilities
PO Box 1048
Virginia, MN 55792-1048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,497.94

**3.15** Nonpriority creditor's name and mailing address

Feddick Distributing
9887 St. Croix Trail
North Branch, MN 55056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,332.07

**3.16** Nonpriority creditor's name and mailing address

Fosston Tri-Coop
PO Box 88
Fosston, MN 56542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,896.87

**3.17** Nonpriority creditor's name and mailing address

Foster's Inc.
PO Box 2674
Waterloo, IA 50704-2674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 18,830.99

| Debtor | Itasca County Farm Service Association | Case number *(if known)* | 21-50389 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4.500.00 |
|---|---|---|
| Fred Wangler<br>PO Box 643<br>Casselton, ND 58012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 15,000 |
|---|---|---|
| Grand Rapids Economic Development Authority<br>420 N. Pokegama Avenue<br>Grand Rapids, MN 55744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,497.94 |
|---|---|---|
| Dept. of Public Utilities<br>PO Box 1048<br>Virginia, MN 55792-1048 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,725.37 |
|---|---|---|
| Hometown Focus<br>401 6th Ave N., Suite 111<br>Virginia, MN 55792 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,100 |
|---|---|---|
| Itasca Co. 4H Federation<br>123 NE 4th St.<br>Grand Rapids, MN 55744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,530.40 |
|---|---|---|
| Itasca Co. Agricultural Assoc.<br>1336 Fairgrounds Rd.<br>Grand Rapids, MN 55744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No<br>☐ Yes | |

| Debtor | Itasca County Farm Service Association | Case number *(if known)* | 21-50389 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.24** Nonpriority creditor's name and mailing address

Kirk Gilbertson CPA, PA
PO Box 655
Grand Rapids, MN 55744

As of the petition filing date, the claim is: **$ 264.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

LVC Companies, Inc.
4200 West 76th St.
Minneapolis, MN 55435

As of the petition filing date, the claim is: **$ 317.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Midwest Communications
11 E Superior St., Suite 380
Duluth, MN 55802

As of the petition filing date, the claim is: **$ 1,286.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.27** Nonpriority creditor's name and mailing address

Midwest Supply and Distributing
828 19th Ave. NE
St. Joseph, MN 56374

As of the petition filing date, the claim is: **$ 4,767.14**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

Minuteman Press
70 SE 7th Street
Grand Rapids, MN 55744

As of the petition filing date, the claim is: **$ 1,050.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.29** Nonpriority creditor's name and mailing address

MN Energy Resources
PO Box 6040
Carol Stream, IL 60197-6040

As of the petition filing date, the claim is: **$ 1,880.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor ___Itasca County Farm Service Association_____    Case number _(if known)_ __21-50389__
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                       **Amount of claim**

**3.30** Nonpriority creditor's name and mailing address

MVTL
PO Box 249
New Ulm, MN 56073-0249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 82.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Napa Supply of Grand Rapids
404 NE 4th Street
Grand Rapids, MN 55744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 273.99

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

Norland Environmental Service, Inc.
238 Jess Harry Rd
Grand Rapids, MN 55744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 635.66

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Northwest Gas
1608 NW 4th St.
Grand Rapids, MN 55744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 976.32

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Nutra Blend, LLC
PO Box 202619
Dallas, TX 75320-2619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 13,712.40

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Real Presence Radio
503 7th St. N, Suite 101
Fargo, ND 58102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Itasca County Farm Service Association | Case number (if known) | 21-50389 |
|---|---|---|---|
| | Name | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.36**

Nonpriority creditor's name and mailing address

RJ Hunt Seed Co.
13477 Co. Rd. 101
Wadena, MN 56482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,050.73

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.37**

Nonpriority creditor's name and mailing address

S&K Packaging
120 N Frentress Lake Rd.
East Dubuque, IL 61025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,638.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.38**

Nonpriority creditor's name and mailing address

Seedway
PO Box 250
Hall, NY 14463-0250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 754.39

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.39**

Nonpriority creditor's name and mailing address

U.S. Commodities, LLC
730 2nd Ave. S. Unit 700
Minneapolis, MN  55402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 20,973

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.40**

Nonpriority creditor's name and mailing address

Westway Feed Products LLC
365 Canal Street, Suite 2929
New Orleans, LA 70130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 825.48

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.41**

Nonpriority creditor's name and mailing address

DANIEL BROWN
18759 BLUE BIRD DRIVE
GRAND RAPIDS, MN 55744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Uncashed payroll checks

$ 25,000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____   Case number *(if known)* _____
        Itasca County Farm Service Association                                    21-50389
        Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 304,643 |
| 5b. **Total claims from Part 2** | 5b. + | $ 233,034.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 537,677.37 |

**Fill in this information to identify the case:**

Debtor name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
(State)

Case number (If known): __21-50389feder__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
(State)

Case number (If known): __21-50389__   Chapter ____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case and this filing:

Debtor Name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
                                                                    (State)

Case number (*If known*): __21-50389__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/27/2021__          ✗ _____*Joel Dahlgren*_____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        __Joel Dahlgren__
                                        Printed name

                                        __Attorney for Itasca County Farm Service Association__
                                        Position or relationship to debtor