**Fill in this information to identify the case:**

Debtor name __Itasca County Farm Service Association__

United States Bankruptcy Court for the: _____ District of __MN__
(State)

Case number (If known): __21-50389__

☒ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $ 463,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $ 148,581

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $ 611,581

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ $ 242,808.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 309,143

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. $251,536.43

4. **Total liabilities**....................................................................................................................... $ 803,488.42
    Lines 2 + 3a + 3b

---