**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

IN RE:

Itasca County Farm Service Association,

    Debtor.

CHAPTER 7
BKY CASE NO. 21-50389

**NOTICE OF SALE**

TO:    The United States Trustee, all creditors and other parties in interest.

On November 15, 2021, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

    Buyer's name: Amanda Reed
    Selling price: $90,000.00
    Address: 707 North 6th Avenue, Virginia, Minnesota 55792
    PIN: 090-0180-00356 and 090-0180-00358
    Legal description:

That part of the vacated railroad right-of-way in the Northeast Quarter of the Northeast Quarter (NE ¼ of NE ¼), Section Seven (7), Township Fifty-eight (58), Range Seventeen (17) described as follows: Commencing at a point on the East line 380.08 feet South of the Northeast corner of said NE ¼ of NE ¼ and assuming said East line to bear South 03 degrees 35' 41" East, thence South 58 degrees 50' 01" West along the North line of said vacated railroad right-of-way 367.20 feet to the POINT OF BEFINNING of the parcel to be described; thence continue South 58 degrees 50' 01" West along said right-of-way 251.28 feet, thence South 31 degrees 09' 59" East 93.55 feet; thence North 58 degrees 50' 01" East 251.28 feet; thence North 31 degrees 09' 59" West 93.55 feet to the POINT OF BEGINNING. SUBJECT to an easement for public right-of-way purposes on, over and across the North 20.00 feet of the parcel described.

    AND

That part of the vacated railroad right-of-way in the Northeast Quarter of the Northeast Quarter (NE ¼ of NE ¼), Section Seven (7), Township Fifty-eight (58), Range Seventeen (17), described as follows: Beginning at a point on the East line 439.29 feet South of the Northeast corner of said NE ¼ of NE ¼, and assuming said East line to bear South 03 degrees 35' 41" East, thence continue South 03 degrees 35' 41" East along said East line 46.32 feet; thence South 58 degrees 50' 01" West 318.36 feet; thence North 31 degrees 09' 59" West 93.55 feet to the North line of said vacated right-of-way; thence North 58 degrees 50' 01" East along said right-of-way 248.52 feet; thence North 88 degrees 44' 01" East 105.29 feet to the Point of Beginning.
All in St. Louis County, Minnesota

The trustee has obtained approval of the court to employ Greg Hoffman of Edina Realty as realtor for the sale of this property. From the sale proceeds, the realtor will be paid his commission, 6%, and the trustee will also pay closing costs normally paid by a seller of real estate in Minnesota. The property is subject to mortgages in favor of Deerwood Bank. The balance of the mortgage exceeds the selling price; however, Deerwood Bank has agreed to allow the trustee to hold the net proceeds in trust until the sale of other real property and personal property by the trustee, the total of which is expected to exceed the bank's mortgages and security interests.

The trustee is also requesting the court to waive the 14 day stay of the order approving the sale provided for in Bankruptcy Rule 6004(h). The trustee believes this sale is in the best interest of the bankruptcy estate.

## **OBJECTION:       MOTION:    HEARING**

Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned Trustee moves the Court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 404 Gerald W. Heaney | 1015 U.S. Courthouse | 150 South Fifth Street |
| U.S. Courthouse | 300 South Fourth Street | Suite 3125 |
| 515 West First Street | Minneapolis, MN  55415 | Minneapolis, MN 55402 |
| Duluth, MN  55802 | | |

Dated: October 22, 2021                                By:/e/ Nauni J. Manty, Trustee
                                                                              Nauni J. Manty, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 21-50389 |
|---|---|
| ITASCA COUNTY FARM SERVICE ASSOCIATION | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 10/22/2021, I did cause a copy of the following documents, described below,

NOTICE OF SALE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2021

/s/ Nauni Manty
Nauni Manty

Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN  55402
612 465 0990

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>ITASCA COUNTY FARM SERVICE ASSOCIATION | CASE NO: 21-50389<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 10/22/2021, a copy of the following documents, described below,

NOTICE OF SALE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN 55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED NOTICE RECEIPT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
08645
CASE 21-50389
DISTRICT OF MINNESOTA
DULUTH
FRI OCT 22 13-08-07 CDT 2021

AUCTION MASTERS INC
19150 TERRITORIAL RD
OSSEO MN 55369-9216

ANIMART LLC
CO LAFFEY SEBRANEK AUBY  RISTAU SC
16 N CARROLL ST 500
MADISON WI 53703-2773

DEBTOR
ITASCA COUNTY FARM SERVICE ASSOCIATION
900 W 4TH STREET
GRAND RAPIDS MN 55744-2202

~~EXCLUDE
DULUTH
404 GERALD W HEANEY FEDERAL BUILDING
AND US COURTHOUSE AND CUSTOMHOUSE
515 WEST FIRST STREET
DULUTH MN 55802-1302~~

ADEN BROOK
PO BOX 217
MONTGOMERY NY 12549-0217

ADVENTUREKEEN
2204 1ST AVE S SUITE 102
BIRMINGHAM AL 35233-2321

AGCO FINANCE LLC
PO BOX 9263
DES MOINES IA 50306-9263

ARABIAN HAVEN RANCH LLC
W261 COUNTY ROAD D
BORTH WI 54923-8339

ARMOR ANIMAL HEALTH
1240 GREEN VALLEY ROAD
BEAVER DAM WI 53916-1128

BNSF RAILWAY CO
PO BOX 676160
DALLAS TX 75267-6160

CARLSON WHOLESALE INC
3780 QUAIL ROAD NE
SAUK RAPIDS MN 56379-9444

CENTURY LINK
PO BOX 2956
PHOENIX AZ 85062-2956

CENTURY LINK
PO BOX 4300
CAROL STREAM IL 60197-4300

CENTURY LINK
PO BOX 91155
SEATTLE WA 98111-9255

COUNTRY PET FOODS LLC
505 ATLANTIC AVE
DEGRAFF MN 56271-9003

DANIEL BROWN
18759 BLUE BIRD DRIVE
GRAND RAPIDS MN 55744-6242

DAVE HRON JR
23716 CO RD 197
DEER RIVER MN 56636-2160

DEER CREEK SEED
PO BOX 105
ASHLAND WI 54806-0105

DEERWOOD BANK
PO BOX 2905
BAXTER MN 56425-6605

DEPT OF PUBLIC UTILITIES
PO BOX 1048
VIRGINIA MN 55792-1048

ENTREPRENEUR FUND
202 WEST SUPERIOR STREET SUITE 311
DULUTH MN 55802-1971

FEDDICK DISTRIBUTING
9887 ST CROIX TRAIL
NORTH BRANCH MN 55056-6280

FOSSTON TRI COOP
PO BOX 88
FOSSTON MN 56542-0088

FOSTERS INC
PO BOX 2674
WATERLOO IA 50704-2674

FRED WANGLER
PO BOX 643
CASSELTON ND 58012-0643

FOSSTON TRI COOP
CO RANGE CREDIT BUREAU INC
PO BOX 706
HIBBING MN 55746-0706

Case 21-50389    Doc 34    Filed 10/22/21    Entered 10/22/21 15:34:57    Desc Main
Document      Page 6 of 8

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FOSTERS INC<br>PO BOX 2674<br>WATERLOO IA 50704-2674 | GRAND RAPIDS PUBLIC UTILITIES<br>500 SE 4TH STREET<br>GRAND RAPIDS MN 55744-3667 | HOMETOWN FOCUS<br>401 6TH AVE N SUITE 111<br>VIRGINIA MN 55792-4562 |
| ITASCA CO 4H FEDERATION<br>123 NE 4TH ST<br>GRAND RAPIDS MN 55744-2659 | ITASCA CO AGRICULTURAL ASSOC<br>1336 FAIRGROUNDS RD<br>GRAND RAPIDS MN 55744-2474 | KIRK GILBERTSON CPA PA<br>PO BOX 655<br>GRAND RAPIDS MN 55744-0655 |
| LVC COMPANIES INC<br>4200 WEST 76TH ST<br>MINNEAPOLIS MN 55435-5108 | MIDWEST COMMUNICATIONS<br>11 E SUPERIOR ST SUITE 380<br>DULUTH MN 55802-3016 | MIDWEST SUPPLY AND DISTRIBUTING<br>828 19TH AVE NE<br>ST JOSEPH MN 56374-4639 |
| MINNESOTA ENERGY RESOURCES<br>PO BOX 19003<br>GREEN BAY WI 54307-9003 | MINUTEMAN PRESS<br>70 SE 7TH STREET<br>GRAND RAPIDS MN 55744-3814 | MN ENERGY RESOURCES<br>PO BOX 6040<br>CAROL STREAM IL 60197-6040 |
| MVTL<br>11265 NORTH FRONT ST BUILDING 2<br>NEW ULM MN 56073 | MVTL<br>PO BOX 249<br>NEW ULM MN 56073-0249 | NAPA SUPPLY OF GRAND RAPIDS<br>404 NE 4TH STREET<br>GRAND RAPIDS MN 55744-2923 |
| NORLAND ENVIRONMENTAL SERVICE INC<br>238 JESS HARRY RD<br>GRAND RAPIDS MN 55744-7348 | NORTHWEST GAS<br>1608 NW 4TH ST<br>GRAND RAPIDS MN 55744-2198 | NUTRA BLEND LLC<br>PO BOX 202619<br>DALLAS TX 75320-2619 |
| NORTHEAST ENTREPRENEUR FUND INC<br>202 W SUPERIOR ST STE 311<br>DULUTH MN 55802-1971 | QWEST CORPORATION DBA CENTURYLINK QC<br>CENTURYLINK INC<br>1025 EL DORADO BLVD ATTN- LEGAL-BKY<br>BROOMFIELD CO 80021-8254 | R J HUNT SEED INC<br>13477 CNTY RD 101<br>WADENA MN 56482-2075 |
| REAL PRESENCE RADIO<br>503 7TH ST N SUITE 101<br>FARGO ND 58102-4403 | RJ HUNT SEED CO<br>13477 CO RD 101<br>WADENA MN 56482-2075 | SK PACKAGING<br>120 N FRENTRESS LAKE RD<br>EAST DUBUQUE IL 61025-9529 |
| SEEDWAY<br>PO BOX 250<br>HALL NY 14463-0250 | THE CO OP RETIREMENT PLAN TRUST<br>MARK MOEDRITZER<br>SHOOK HARDY  BACON LLP<br>2555 GRAND BLVD<br>KANSAS CITY MO 64108-2613 | UNITED BENEFITS GROUP<br>PO BOX 169005<br>KANSAS CITY MO 64116-8005 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA U.S. FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ESR/PDF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| US COMMODITIES LLC<br>730 2ND AVE S UNIT 700<br>MINNEAPOLIS MN 55402-2480 | EXCLUDE<br>US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | WESTWAY FEED PRODUCTS LLC<br>365 CANAL STREET SUITE 2929<br>NEW ORLEANS LA 70130-1165 |
| JOEL J DAHLGREN<br>BLACK DOG COOP LAW<br>714 N FRANKLIN ST<br>NEW ULM MN 56073-1309 | EXCLUDE<br>NAUNI JO MANTY<br>MANTY ASSOCIATES PA<br>150 SOUTH FIFTH STREET<br>SUITE 3125<br>MINNEAPOLIS MN 55402-4221 | |

ADDRESSES WHERE NO EMAIL IS PRESENT WERE SERVED VIA U.S. MAIL. E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

(Trustee)
Nauni Jo Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
represented by:
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com

Itasca County Farm Service Association
900 W. 4th Street
Grand Rapids, MN 55744
Tax ID / EIN: 41-0330750
(Debtor 1)
represented by:
Joel J. Dahlgren
Black Dog Co-op Law
714 N Franklin St
New Ulm, MN 56073

dahlgren@blackdogcooplaw.com

(Interested Party)
Animart, LLC
c/o Laffey, Sebranek, Auby & Ristau, S.C
16 N. Carroll St., #500
Madison, WI 53703
represented by:
Lisa K Lietz Ray
Laffey, Sebranek, Auby & Ristau S.C.
16 N. Carroll St.,
Suite 500
Madison, WI 53703

l.lietzray@els-law.com

AUCTION MASTERS INC
19150 TERRITORIAL RD
OSSEO, MN 55369
(Auctioneer)