UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                                             Chapter 7
                                                                                                                                                                                    BKY 21-50389

Itasca County Farm Service Association,

                                                Debtor.

## REPORT OF SALE

       The undersigned trustee of the estate of the debtor named above sold the following property of the estate:

The debtor's furniture, fixtures, equipment, vehicles, and remaining inventory to various purchasers for gross receipts of $51,092.00. The costs of sale were $11,968.40 and net proceeds are $39,123.60. See Auction Final Settlement attached as <u>Exhibit A</u>.

       Sales were to the highest offer obtained at the on-line auction held by Auction Masters on November 1, 2021 pursuant to the trustee's Notice of Sale dated September 28, 2021 which was previously approved.

       Dated: February 17, 2022

                                                                                       /e/ Nauni Manty
                                                                                       Nauni Manty, Trustee
                                                                                       150 South Fifth Street, Suite 3125
                                                                                       Minneapolis, MN 55402
                                                                                       612.465.0990

# SETTLEMENT 70107-1

11/02/2021

Manty & Associates Manty & Associates
Seller ID: 1044

Email: mary@mantylaw.com
Phone:



Auction Masters

Phone: 763-428-2271

Auction: Farm Service Store: Trucks, Trailers, Equipment & Inventory

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 1: Assorted, Bamboo Teepee Trellises, Bulb Planters, More | 1 | $65.00 | $13.00 | $52.00 |
| Lot 2: Assorted, Bird Netting, Season Starter Plant Protectors, More | 1 | $50.00 | $10.00 | $40.00 |
| Lot 3: Assorted, Garden Hoses, Rain Bird ISA-304 Sprinkler Timer, More | 1 | $41.00 | $8.20 | $32.80 |
| Lot 4: Chicken Days Kit 2021 | 1 | $12.00 | $2.40 | $9.60 |
| Lot 5: 16 Assorted Tree Faces | 1 | $49.00 | $9.80 | $39.20 |
| Lot 6: Assorted, Hotkaps, Planter Pots | 1 | $18.00 | $3.60 | $14.40 |
| Lot 7: 3 Spreaders | 1 | $110.00 | $22.00 | $88.00 |
| Lot 8: 2 Spreaders | 1 | $80.00 | $16.00 | $64.00 |
| Lot 9: Assorted, Tree Wrap, Burlap, Landscape Fabric, More | 1 | $18.00 | $3.60 | $14.40 |
| Lot 10: Assorted, Bee Keeping Books and Supplies, More | 1 | $41.00 | $8.20 | $32.80 |
| Lot 11: 2 Chapin Spreaders (No Handles) | 1 | $6.00 | $1.20 | $4.80 |
| Lot 12: Approx. 29 Assorted Spray Nozzles with Rack | 1 | $76.00 | $15.20 | $60.80 |
| Lot 13: Chapin Spreader | 1 | $80.00 | $16.00 | $64.00 |
| Lot 14: Assorted, Cow Pot Planters, Root Stimulator, More | 1 | $35.00 | $7.00 | $28.00 |
| Lot 15: 3 Garantia ECO-Master 300L Compost Bins | 1 | $4.00 | $0.80 | $3.20 |
| Lot 16: Assorted, Single Flower Supports, Plant Supports with Racks | 1 | $12.00 | $2.40 | $9.60 |

EXHIBIT A

## SETTLEMENT 70107-1     11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 17: Assorted, Tree Wrap, Tree & Shrub Protect and Feed, More | 1 | $12.00 | $2.40 | $9.60 |
| Lot 18: Assorted Fertilizers | 1 | $220.00 | $44.00 | $176.00 |
| Lot 19: Assorted in Row, Plant/Flower Feed, Control, Killer, 1 Gallon Sprayer, More | 1 | $120.00 | $24.00 | $96.00 |
| Lot 20: Assorted, Inflatable Scarecrows (Snakes and Balloons), Scare Tape | 1 | $40.00 | $8.00 | $32.00 |
| Lot 21: Assorted, Sprayers, Barley Straw Pond Treatment, Rat/Mice Killer, More | 1 | $72.00 | $14.40 | $57.60 |
| Lot 22: Assorted in Row, Pest Control, Repellent, Killer, More | 1 | $210.00 | $42.00 | $168.00 |
| Lot 23: Assorted, Topsy Turvy Planters, Plant Moisture Control, Poly Grow Tunnels, More | 1 | $46.00 | $9.20 | $36.80 |
| Lot 24: Assorted Bird Feeders, More | 1 | $63.00 | $12.60 | $50.40 |
| Lot 25: Assorted Tools, Extension Cords, Battery Charger | 1 | $20.00 | $4.00 | $16.00 |
| Lot 26: Ohaus Triple Beam Balance Scale, Motomco Moisture Meter | 1 | $74.00 | $14.80 | $59.20 |
| Lot 27: 4 Chicken Feeding Troughs | 1 | $12.00 | $2.40 | $9.60 |
| Lot 28: 2 Hole Nesting Box | 1 | $41.00 | $8.20 | $32.80 |
| Lot 29: Assorted Bird Feeders, More | 1 | $10.00 | $2.00 | $8.00 |
| Lot 30: Assorted Inventory on Floor, Pet Supplies, Repellent, Bird Feeders, Much More | 1 | $160.00 | $32.00 | $128.00 |
| Lot 31: Assorted, Bird Feeder Parts and Cleaning Supplies | 1 | $5.00 | $1.00 | $4.00 |
| Lot 32: Assorted, Cattail Feeders, More | 1 | $30.00 | $6.00 | $24.00 |
| Lot 33: 2 Assorted Spreaders | 1 | $51.00 | $10.20 | $40.80 |
| Lot 34: Assorted Retail Fixtures | 1 | $1.00 | $0.20 | $0.80 |
| Lot 35: Assorted, Hummingbird Feeders, More | 1 | $20.00 | $4.00 | $16.00 |
| Lot 36: Assorted, Electric Fence Controllers, Receiver Collars, More | 1 | $40.00 | $8.00 | $32.00 |

**SETTLEMENT 70107-1**  11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 37: Assorted Extension Cords | 1 | $60.00 | $12.00 | $48.00 |
| Lot 38: Assorted Dog Supplies, Car Harness, Urine Eradicator, More | 1 | $16.00 | $3.20 | $12.80 |
| Lot 39: Assorted, Pet Lodge Rabbit Dropping Pans and Urine Guards, Water Bottles, More | 1 | $65.00 | $13.00 | $52.00 |
| Lot 40: Assorted, Pet Feeder and Storage Bins, More | 1 | $40.00 | $8.00 | $32.00 |
| Lot 41: Assorted, Pet Supplies, Egg Cleaning Wipes, More | 1 | $30.00 | $6.00 | $24.00 |
| Lot 42: Assorted Chicken Supplies, Feeders, Egg Turners, Fencing, More (buyer did not pay) (not sold) | 1 | $0.00 | $0.00 | $0.00 |
| Lot 43: Assorted Tank De-Icers, More (buyer did not pay) (not sold) | 1 | $0.00 | $0.00 | $0.00 |
| Lot 44: Assorted Horse Feeders, More | 1 | $55.00 | $11.00 | $44.00 |
| Lot 45: Assorted Shovels, More | 1 | $160.00 | $32.00 | $128.00 |
| Lot 46: Dr Franks Fetal Extractor | 1 | $185.00 | $37.00 | $148.00 |
| Lot 47: Wood/Glass Showcase with Assorted Contents, Horse Insect Shields, Hanging Scales, More | 1 | $210.00 | $42.00 | $168.00 |
| Lot 48: 3 Assorted Vintage Tools | 1 | $14.00 | $2.80 | $11.20 |
| Lot 49: Assorted in Row, Cleaners, Milk Filters, More | 1 | $120.00 | $24.00 | $96.00 |
| Lot 50: Assorted, Fence Insulators, Electric Fence Controller, Fence Puller, More | 1 | $250.00 | $50.00 | $200.00 |
| Lot 51: Assorted, Horse Halters and Leads, Fence Insulators, More | 1 | $75.00 | $15.00 | $60.00 |
| Lot 52: Assorted, Animal Tags, Horse Products, More | 1 | $600.00 | $120.00 | $480.00 |
| Lot 53: Dayton 24 Lb. Scale, Uline H-306 Impulse Sealer | 1 | $101.00 | $20.20 | $80.80 |

# SETTLEMENT 70107-1

11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 54: Assorted, Inventory on Counter, Wood Cabinets and Contents, Desks, Chairs, File Cabinets, Office Machines, Mini Refrigerator, POS Hardware, Printers, Retail Supplies (Bags, Tagging Guns), More. NO CPU Computers or Paperwork. | 1 | $231.00 | $46.20 | $184.80 |
| Lot 55: Herring Hall Marvin Safe Co. Safe on Wheels, 31"x25"x44.5" NO COMBO (buyer did not pay) (not sold) | 1 | $0.00 | $0.00 | $0.00 |
| Lot 56: Assorted in Room, Microwave, Refrigerator, Vacuum, Feeders, More | 1 | $19.00 | $3.80 | $15.20 |
| Lot 57: Lozier Style Retail Shelving: 28 - 48" Double Sided Sections with 6 End Caps, 30 - 48" Wall Sections, Related Shelving and Hooks. | 1 | $4.00 | $0.80 | $3.20 |
| Lot 61: Approx. 35 Bags Second Nature Cellulose Fiber Hydraulic Mulch, 50 Lb. Bags | 1 | $130.00 | $26.00 | $104.00 |
| Lot 62: Poly Conical Feed Bin on Metal Stand, Approx. 66"x66"x136" | 1 | $575.00 | $115.00 | $460.00 |
| Lot 63: AG Systems 16' Tandem Axle Gravity Box Trailer, Model AG600, Serial 2049, GVW 16000, Pintle Style Hitch, PTO Driven Belt, SS Bin with Genuine Shur-Lok, 16.5L-16.1SL Tires, 120"x84"x44" Bin with Spreader | 1 | $1,250.00 | $250.00 | $1,000.00 |
| Lot 64: AG Systems Tyler 16' Tandem Axle Gravity Box Trailer, Pin Type Hitch, PTO Driven Belt, 16.5L-16.1 Tires, 95"x120"x84" Bin with Spreader | 1 | $2,500.00 | $500.00 | $2,000.00 |
| Lot 65: AG Systems 16' Tandem Axle Gravity Box Trailer, Model AG500, Serial 1332, GVW 14000, Pintle Style Hitch, PTO Driven Belt, SS Bin, 12.5L-15 Tires, 84"x120"x39" Bin with Spreader | 1 | $1,600.00 | $320.00 | $1,280.00 |

SETTLEMENT 70107-1                                                     11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 66: AG Systems 16' Tandem Axle Gravity Box Trailer, Model AG500, Serial 1322, GVW 14000, Pintle Style Hitch, PTO Driven Belt, SS Bin, 12.5L-15 Tires, 84"x120"x39" Bin with Spreader | 1 | $1,800.00 | $360.00 | $1,440.00 |
| Lot 67: AG Systems 16' Tandem Axle Gravity Box Trailer, Model AG500, Serial 1515, GVW 14000, Pintle Style Hitch, PTO Driven Belt, SS Bin, 12.5L-15 Tires, 84"x120"x39" Bin with Spreader | 1 | $1,715.00 | $343.00 | $1,372.00 |
| Lot 68: AG Systems Tyler 12' Tandem Axle Gravity Box Trailer, PTO Driven Belt, Pin Style Hitch, 11L-15 Implement Tires, 84"x92"x50" Box | 1 | $310.00 | $62.00 | $248.00 |
| Lot 69: Tyler 16' Tandem Axle Gravity Box Trailer, PTO Driven Belt, Pin Style Hitch, 12.5L-15 Implement Tires, 95"x120"x35" Bin | 1 | $221.00 | $44.20 | $176.80 |
| Lot 70: 2 Metal Cantilever Racks, 50"x80"x118" | 1 | $210.00 | $42.00 | $168.00 |
| Lot 71: Skid Mount Hydraulic 86" V Plow, Model 35-20803, Serial 1082 | 1 | $1,650.00 | $330.00 | $1,320.00 |
| Lot 72: Metal Bulk Tank Tandem Axle Trailer (Parts or Repair), 2 5/16" Hitch Ball, Approx. 12'x6' with 4' Tongue | 1 | $220.00 | $44.00 | $176.00 |
| Lot 73: Deck Over Tandem Axle Trailer, 18'x8' Bed, 2 5/16" Hitch Ball, 4' Tongue, Wood Decking, 235/85R16 Tires | 1 | $3,040.00 | $608.00 | $2,432.00 |
| Lot 74: Assorted Lumber and Pallets, 4' to 24' Lengths | 1 | $35.00 | $7.00 | $28.00 |
| Lot 75: 1997 Ford F-250 Pick Up Truck, 4x4 | 1 | $1,650.00 | $330.00 | $1,320.00 |
| Lot 76: 1995 GMC Top Kick Grain Bin Truck | 1 | $9,600.00 | $1,920.00 | $7,680.00 |
| Lot 77: Mitsubishi LP Forklift, Model FG18K | 1 | $7,900.00 | $1,580.00 | $6,320.00 |
| Lot 78: 2 Rolls Dewitt Fiber Guard 200, 4'x50' Per Roll | 1 | $25.00 | $5.00 | $20.00 |

# SETTLEMENT 70107-1

11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 79: Approx. 70 Bags Itasca County Shell Corn 50 Lb. Bags, 4 Bags Itasca County Game Bird Grower 18% Game Bird Feed 50 Lb. Bags | 1 | $360.00 | $72.00 | $288.00 |
| Lot 80: Behlen Country Metal Economy Hog Feeder, Model P2A 2 Hole | 1 | $35.00 | $7.00 | $28.00 |
| Lot 81: Stihl FS38 and Snapper Weed Whips | 1 | $42.00 | $8.40 | $33.60 |
| Lot 82: 27 Assorted Equine Balancer Supplements, Most are Purina Free Balance 12:12 Vitamin and Mineral Supplement, 40 Lb. Bags | 1 | $300.00 | $60.00 | $240.00 |
| Lot 83: 18 Assorted Bags and Bins, Purina Equine Supplement, Amplify High-Fat, Molene 300 Growth, Weight Control, Low Starch, More | 1 | $180.00 | $36.00 | $144.00 |
| Lot 84: Approx. 30 Bags Arco Dehydrated Alfalfa Meal, 50 Lb. Bags | 1 | $215.00 | $43.00 | $172.00 |
| Lot 85: Metal Hay Feeding Cage, 42"x41" | 1 | $35.00 | $7.00 | $28.00 |
| Lot 86: Proforce Mixer on Wheels, Model GHM105890, 110-120V, 110 Lbs., .5 HP, 25-27 RPM | 1 | $220.00 | $44.00 | $176.00 |
| Lot 87: Harris Oxy Acetylene Torch, Lines, Tanks, Cart, Regulators, Goggles | 1 | $240.00 | $48.00 | $192.00 |
| Lot 88: Aluminum 2 Wheeler, 26"x55", 12" Forks | 1 | $160.00 | $32.00 | $128.00 |
| Lot 89: Aluminum 2 Wheeler, 26"x55", 12" Forks | 1 | $122.00 | $24.40 | $97.60 |
| Lot 90: Aluminum 2 Wheeler, 26"x55", 12" Forks | 1 | $135.00 | $27.00 | $108.00 |
| Lot 91: Bishamon Pallet Jack, 48" Forks, 5500 Lb. Capacity | 1 | $190.00 | $38.00 | $152.00 |
| Lot 92: Bishamon Pallet Jack, 48" Forks, 5500 Lb. Capacity | 1 | $190.00 | $38.00 | $152.00 |
| Lot 93: Mitsubishi Pallet Jack, 48" Forks, 5500 Lb. Capacity | 1 | $190.00 | $38.00 | $152.00 |

# SETTLEMENT 70107-1     11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 94: 2 Assorted Fiberglass Step Ladders, 4' and 6' | 1 | $80.00 | $16.00 | $64.00 |
| Lot 95: Pull Behind Roller, Water Fill, 30"x23" | 1 | $75.00 | $15.00 | $60.00 |
| Lot 96: Secure Dog Powder River Dog Kennel, 5'x8' | 1 | $100.00 | $20.00 | $80.00 |
| Lot 97: Pallet Assorted Tools, Gas Cans, Conveyor Chain, Pipe Wrenches, Sockets, Bottle Jack, More | 1 | $160.00 | $32.00 | $128.00 |
| Lot 98: AIE Sealer, Model AIE-2018I, 120V, 350W | 1 | $6.00 | $1.20 | $4.80 |
| Lot 99: Husky 8 Gallon Air Compressor on Wheels, 1.5 HP with Air Hose | 1 | $35.00 | $7.00 | $28.00 |
| Lot 100: Vintage Platform Scale, 21"x38"x45" | 1 | $77.00 | $15.40 | $61.60 |
| Lot 101: 3 Assorted Electric Heaters, Cherry Stone Grit, 2 Assorted Extension Cords, Chicken Heat Lamp, Bin | 1 | $30.00 | $6.00 | $24.00 |
| Lot 102: Assorted, Mazuri Feed, Rat and Mouse Diet, Guinea Pig Diet, Llama, Chinchilla, Alfalfa Meal, Equine, Display Rack, More | 1 | $100.00 | $20.00 | $80.00 |
| Lot 103: Assorted Plastic Trays, Decor Grill | 1 | $35.00 | $7.00 | $28.00 |
| Lot 104: Pallet Racking, 3 Uprights 36"x96.5", 6 - 96" Crossbars, Wire Grid Decking, Assorted Contents | 1 | $350.00 | $70.00 | $280.00 |
| Lot 105: All in Room, Plant Food, Herbicide, Fungicide, Insecticide, Weed Out, More | 1 | $525.00 | $105.00 | $420.00 |
| Lot 106: Dayton Hobart Scale, Model 1650, 24 Lb. Capacity, 110V, Epson WF-3640 Printer, Assorted Office Supplies | 1 | $40.00 | $8.00 | $32.00 |
| Lot 107: Wood Bench 74"x26"x27" with Assorted Contents Below and Floor, Plant Fertilizer, Creeping Red Fescue, Bags, More | 1 | $130.00 | $26.00 | $104.00 |
| Lot 108: Wood Table 39.5", 4 Assorted Chairs | 1 | $1.00 | $0.20 | $0.80 |

# SETTLEMENT 70107-1

11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 109: Pallet Racking, 2 Uprights 36"x96.5", 2 - 96" Crossbars, Wire Grid Decking | 1 | $171.00 | $34.20 | $136.80 |
| Lot 110: Metal Drawer Cabinet 30"x18.5"x37.5", 4 Assorted Display Racks | 1 | $55.00 | $11.00 | $44.00 |
| Lot 111: 2 Scaffolding Set Ups: 2 Planks 67"x29", 4 - 74" Cross Braces, 4 - 65" Uprights, 8 Wheels. This Item Located Upstairs | 1 | $255.00 | $51.00 | $204.00 |
| Lot 112: Dayton Hobart Scale, Model 1655, 24 Lb. Capacity, 115V. This Item Located Upstairs | 1 | $8.00 | $1.60 | $6.40 |
| Lot 113: Assorted Items Located Upstairs, Retail Fixtures, Shelving, More | 1 | $140.00 | $28.00 | $112.00 |
| Lot 114: Agrifab Broadcast 100 Spreader. This Item Located Upstairs | 1 | $20.00 | $4.00 | $16.00 |
| Lot 115: Pallet Racking, 10 Uprights 42"x96", 16 - 96" Crossbars | 1 | $750.00 | $150.00 | $600.00 |
| Lot 116: All Assorted Under and On Pallet Racking, Beet Pulp Shreds, Equine Feed, Twine, Goat Blocks, Mares Match Foal Milk Replacer, Sheep Mineral Blocks, More | 1 | $160.00 | $32.00 | $128.00 |
| Lot 117: Metal 2 Tier Shop Cart, 25"x42"x30" | 1 | $46.00 | $9.20 | $36.80 |
| Lot 118: Metal Barrel Cart, 17"x32"x19" | 1 | $56.00 | $11.20 | $44.80 |
| Lot 119: Aluminum 2 Wheeler, 26"x55", 12" Forks | 1 | $115.00 | $23.00 | $92.00 |
| Lot 120: Aluminum 2 Wheeler, 26"x55", 12" Forks | 1 | $14.00 | $2.80 | $11.20 |
| Lot 121: Metal 2 Wheeler, 26"x55", 12" Forks | 1 | $65.00 | $13.00 | $52.00 |
| Lot 122: Poly Trough 47"x23.5"x18", 3 Poly Bins 26"x9" | 1 | $75.00 | $15.00 | $60.00 |
| Lot 123: 18 Bags Assorted, Purina Pig Feed, Pig Starter, Game Fish Chow, More | 1 | $140.00 | $28.00 | $112.00 |
| Lot 124: Roll of Metal Wire Grid, 36" | 1 | $50.00 | $10.00 | $40.00 |

# SETTLEMENT 70107-1        11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 125: Metal Shelf 96"x27"x85" with Assorted Contents, 4 Stitchers, Plastic Sheeting, More | 1 | $260.00 | $52.00 | $208.00 |
| Lot 126: Plastic Trays, 23.5"x14.5"x1.75" | 1 | $18.00 | $3.60 | $14.40 |
| Lot 127: Pallet Assorted Brown Paper Bags, 15.75"x36" | 1 | $470.00 | $94.00 | $376.00 |
| Lot 128: Fischbein Series 10 Thousand Sewing Head Model 10,000 with Fischbein Conveyor Model 800, 1/2 HP, 208-230/460V, 3 PH | 1 | $700.00 | $140.00 | $560.00 |
| Lot 129: Torit Dust Collector, Model 84 H 55, 3 HP, 230/460V, 3 PH | 1 | $5.00 | $1.00 | $4.00 |
| Lot 130: 55 Gallon Barrel Vacuum on Wheels, Box Fan 41"x16"x41" 120V | 1 | $60.00 | $12.00 | $48.00 |
| Lot 131: Fairbanks Vintage Platform Scale, 21"x36"x44" | 1 | $65.00 | $13.00 | $52.00 |
| Lot 132: Assorted, Shovels, Rake, Rook Rake, Prybar, More | 1 | $26.00 | $5.20 | $20.80 |
| Lot 133: 2 Pallets Assorted, PCS 18.5% Dicalcium, More | 1 | $135.00 | $27.00 | $108.00 |
| Lot 134: Assorted in Room, Hardware, Bench Grinder, Air Tank, Pulley, Hoses, Vacuum, More | 1 | $36.00 | $7.20 | $28.80 |
| Lot 135: 2 Assorted Metal Pallet Bins, 44"x57"x43" | 1 | $219.00 | $43.80 | $175.20 |
| Lot 136: 17 Assorted Pellet Dispensing Hoppers | 1 | $24.00 | $4.80 | $19.20 |
| Lot 137: Assorted, Rakes, Shovels, Forks, Tarps, Grill, Spreader, More | 1 | $120.00 | $24.00 | $96.00 |
| Lot 138: AT Ferrell Clipper Seed and Grain Conditioning Unit, Model AGM 224, Serial 8804, 3/4 HP, 115V, 1 PH | 1 | $835.00 | $167.00 | $668.00 |
| Lot 139: 5 Assorted Spools of Twine | 1 | $61.00 | $12.20 | $48.80 |
| Lot 140: Approx. 37 Spools Tytan 20000/110 Baler Twine | 1 | $471.00 | $94.20 | $376.80 |
| Lot 141: Pallet Assorted Twine | 1 | $35.00 | $7.00 | $28.00 |

# SETTLEMENT 70107-1

11/02/2021

| Name | Qty | Amount | Commission | Total |
|---|---|---|---|---|
| Lot 142: 18 Spools Tytan 20000/110 Baler Twine, Assorted Bags, More | 1 | $266.00 | $53.20 | $212.80 |
| Lot 143: Assorted, Tomato and Vegetable Food, Bayer Fungus Control, Grub Free Zone II, Milorganite Nitrogen Fertilizer, More | 1 | $170.00 | $34.00 | $136.00 |
| Lot 144: Assorted Buckets | 1 | $147.00 | $29.40 | $117.60 |
| Lot 145: 3 Assorted 20 Lb. LP Tanks | 1 | $56.00 | $11.20 | $44.80 |
| Lot 146: 3 Assorted Fire Extinguishers | 1 | $40.00 | $8.00 | $32.00 |
| Lot 147: Assorted, Barbwire, Chicken Wire, Bags | 1 | $211.00 | $42.20 | $168.80 |
| Lot 148: Specialized Blower Drum, 32"x45" | 1 | $31.00 | $6.20 | $24.80 |
| Lot 149: 8 Bags Yaraliva Tropicote, 50 Lb. Bags | 1 | $86.00 | $17.20 | $68.80 |
| Lot 150: Pallet Racking, 10 Uprights 42" Wide, 96" to 119" Tall, 30 - 96" Crossbars | 1 | $1,202.00 | $240.40 | $961.60 |
| Roll of carpet | 1 | $20.00 | $4.00 | $16.00 |
| Assorted Lumber | 1 | $20.00 | $4.00 | $16.00 |
| Feeder Mill | 1 | $215.00 | $43.00 | $172.00 |

| Expense | Amount |
|---|---|
| Setup and Marketing Costs | $1,750.00 |

# SETTLEMENT 70107-1              11/02/2021

| | |
|---|---:|
| Amounts | $51,092.00 |
| Commissions | $10,218.40 |
| Expenses | $1,750.00 |
| Total | $39,123.60 |
| Paid | $0.00 |
| **Amount Due** | **$39,123.60** |

Thank you for choosing Auction Masters to conduct your auction!